IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Collabo Innovations, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA: 15-1094-RGA |
| | ) | |
| Sony Corporation et al, | ) | |
| | ) | |
| Defendants, | ) | |

## AFFIDAVIT

I, Steven E. Cronin, Deputy Clerk, being first duly sworn, depose and say that pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii), I did send under cover letter, on July 7, 2016, Summons, Complaint with Exhibits, Affidavit, and Praecipe in the above noted case along with Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge. These documents were sent via **Registered U.S. Mail,** Return Receipt Requested, to the following:

**Sony Corporation**
1-7-1 Konan
Minato-ku, Tokyo 108-0075
Japan

_____
Steven E. Cronin
Deputy Clerk

Sworn to and subscribed before me, this 7th day of July 2016

_____
Crystal Ayala
Deputy Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

7/7/2016

## REGISTERED MAIL
## RETURN RECEIPT REQUESTED

**TO:**  Sony Corporation
1-7-1 Konan
Minato-ku, Tokyo 108-0075
Japan

**RE:**  **Collabo Innovations, Inc. v. Sony Corporation et al**
**Civil Action No. 15-1094 - RGA**

Dear Sir or Madam:

Enclosed please find the Summons, Complaint with Exhibits, Affidavit, and Praecipe in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

JOHN A. CERINO
CLERK

By: _____
/sec

Enclosures (as stated)



Clerk's Office
United States District Court for the District of Delaware
844 King Street, Unit 18
Wilmington, Delaware 19801-3570



RA 906 804 938 US

Chairman, President, Officer, Managing Agent,
 and/or General Agent
Sony Corporation
1-7-1 Konan
Minato-ku, Tokyo 108-0075
Japan