# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. 15-cv-1094

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

| | |
|---|---|
| Addressee Name or Firm: | SONY CORPORATION |
| Street and No.: | 1-7-1 KONAN |
| Place and Country: | MINATO-KU, TOKYO 108-0075 JAPAN |
| Date: | 25 July 2016 |
| Signature of Addressee: | Yuka Matsuda |

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775    15-cv-1094